AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CLAUDIO MUNIZ PEREIRA a/k/a
ADRIANO REZENDE DOS SANTOS

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ # 04-842-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 28, 2004__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess a false identification document with the intent to defraud the United States; to wit, a Brazilian passport containing a fraudulent U.S. visa and fraudulent I-94 card, all in the name Adriano Rezende Dos Santos; and did knowingly utter, use, attempt to use, possess, obtain, accept or receive non-immigrant visas for entry into, or evidence of authorized stay or employment, in the United States, knowing such visas to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained,

in violation of Title __18__ United States Code, Section(s) __1028(a)(4) and 1546(a)__.

I further state that I am a(n) __Diplomatic Security Service special agent__ and that this complaint is based on the following
Official Title

facts:

see attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
AARON J. ARNFELD

Sworn to before me and subscribed in my presence,

04-29-2004  @ 3:30PM                  at           Boston, Massachusetts
Date                                                     City and State

MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.