# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
Rev. 5/98

| IN UNITED STATES | x MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE  
FOR  
USA V.S. CLAUDIO M PEREIRA  
AT  

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name): Claudio Muniz Pereira

- 1 X Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

**DOCKET NUMBERS**  
Magistrate: 842  
04-841-MBB  
District Court  
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check)  x Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now ☒ Yes  ☐ No  ☐ Am Self-Employed  
Name and address of employer: Laborent, in Framingham  
IF YES, how much do you earn per month? $ 1200.00  
IF NO, give month and year of last employment. How much did you earn per month? $ ____  
If married is your Spouse employed?  ☐ Yes  ☒ No  
IF YES, how much does your Spouse earn per month? $ ____  
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No  
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ____

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 2000.00

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No  
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE ____ DESCRIPTION ____

**DEPENDENTS**  
MARITAL STATUS:  
☐ SINGLE  
☒ MARRIED  
☐ WIDOWED  
☐ SEPARATED OR DIVORCED  
Total No. of Dependents: ____  
List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent | | $ | $ 400.00 |
| transportation | | $ | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Claudio muniz Pereira