≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

**UNITED STATES**
**V.**
**CLAUDIO MUNIZ PEREIRA**

**EXHIBIT AND WITNESS LIST**

Case Number:  04-842-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY S.SIEGMANN | DEFENDANT'S ATTORNEY S.FRIED |
|---|---|---|
| TRIAL DATE (S) 5/3/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 5/3/04 |   |   | VICTOR PEREIRA; FRAMINGHAM POLICE DEPT.; For the Government |
| 1 |   | 5/3/04 | X | X | Passport photo |
| 2 |   | 5/3/04 | X | X | Copy of Brazilian license |
| 3 |   | 5/3/04 | X | X | Copy of Brazilian license |
| 4 |   | 5/3/04 | X | X | Papers recovered from deft. |
| 5 |   | 5/3/04 | X | X | Papers recovered from the deft. |
|   |   | 5/3/04 |   |   | SPC. AGENT AARON J. ARNFELD; D.S.F.; For the Government |
| 6 |   | 5/3/04 | X | X | Affidavit of Agent Arnfeld |
| 7 |   | 5/3/04 | X | X | Four Counterfeit U.S. Visas |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages