IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**04 CR 10147 PBS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO.: |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 1028(a)(3) and |
| CLAUDIO MUNIZ PEREIRA a/k/a ) | 18 U.S.C. § 1028(a)(4) - Identification |
| ADRIANO REZENDE DOS SANTOS, ) | Document Fraud; |
| ) | 18 U.S.C. § 1546(a) -Fraud and |
| Defendant. ) | Misuse of Visas and Identification |
| ) | Documents |

## INDICTMENT

**COUNT ONE:** (Title 18, United States Code, Section 1028(a)(3) - Identification Document Fraud)

The Grand Jury charges that:

On or about April 28, 2004, at Framingham, in the District of Massachusetts,

CLAUDIO MUNIZ PEREIRA a/k/a ADRIANO REZENDE DOS SANTOS,

the defendant herein, did knowingly possess with intent to use and transfer unlawfully five or more false United States identification documents; to wit, United States Non-Immigrant Machine Readable Visas and Form I-94 Arrival-Departure Records.

All in violation of Title 18, United States Code, Section 1028(a)(3).

**COUNT TWO:** (Title 18, United States Code, Section 1028(a)(4) - Identification Document Fraud)

The Grand Jury further charges that:

On or about April 28, 2004, at Framingham, in the District of Massachusetts,

CLAUDIO MUNIZ PEREIRA a/k/a ADRIANO REZENDE DOS SANTOS,

the defendant herein, did knowingly possess false identification documents; to wit, a United States Non-Immigrant Machine Readable Visa and Form I-94 Arrival-Departure Record, both in the name of Adriano Rezende Dos Santos, with the intent that such documents be used to defraud the United States.

All in violation of Title 18, United States Code, Section 1028(a)(4).

**COUNTS THREE-TEN:** (Title 18, United States Code, Section 1546(a) - Fraud and Misuse of Identification Documents)

The Grand Jury charges that:

On or about April 28, 2004, at Framingham, in the District of Massachusetts,

CLAUDIO MUNIZ PEREIRA a/k/a ADRIANO REZENDE DOS SANTOS,

the defendant herein, did knowingly utter, use, attempt to use, possess, obtain, accept, and receive United States Non-Immigrant Machine Readable Visas, and Form I-94 Arrival-Departure Records ("I-94 Record"), all of which are prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, knowing such to have been forged, counterfeited, altered or falsely made, as described below:

| Count | Document |
|---|---|
| 3 | U.S. Visa #255629420290 - Adriano Rezende Dos Santos |
| 4 | I-94 Record #483671952 93 - Adriano Rezende Dos Santos |
| 5 | U.S. Visa #9903231 - Valdinei Martins |
| 6 | U.S. Visa #3547431 - Giovani Goncalves Da Silveira |
| 7 | U.S. Visa #3547431 - Helbert Pereira |
| 8 | U.S. Visa #3547431 - Jocimar Kruger Schneider |
| 9 | U.S. Visa #3547431 - Carlos Enrique Da Silveira |
| 10 | I-94 Record #562671952 90 - Carlos Enrique Da Silveira |

All in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
B. STEPHANIE SIEGMANN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; May 11, 2004 @ 12:20 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK