UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
       V.                     ) CRIMINAL NO. 04-10147-PBS
                              )
CLAUDIO MUNIZ PEREIRA a/k/a   )
ADRIANO REZENDE DOS SANTOS,   )
                              )
       Defendant.             )
_____)

## ASSENTED TO MOTION TO EXCLUDE TIME

With the assent of the Defendant, the United States of America, by Assistant U.S. Attorney B. Stephanie Siegmann, respectfully moves this Court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. § 3161(c)(1), the following periods:

1. May 28, 2004 through June 25, 2004 (the twenty-eight day period from arraignment during which automatic discovery is being produced pursuant to Local Rule 112.2(2)); and

2. July 8, 2004 through September 9, 2004 (delay requested by Defendant's counsel to complete reviewing automatic discovery produced by the government with client and engage in any pre-trial negotiations in attempt to resolve this case).

Further, the government moves pursuant to 18 U.S.C. § 3161(8)(A) that this Court find that the ends of justice served by the

granting of the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial. A proposed Order is attached hereto.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                 By:  /s/ B. Stephanie Siegmann
                                              B. Stephanie Siegmann
                                              Assistant U.S. Attorneys

Dated:    July 8, 2004


## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of foregoing motion and proposed order was served upon the counsel listed below by electronic notice on this 8th day of July 2004:

                      Syrie Fried, Esq.
                      Federal Defender Office
                      408 Atlantic Avenue
                      Boston, MA 02110


                          /s/ B. Stephanie Siegmann
                          B. Stephanie Siegmann
                          Assistant U.S. Attorney