```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
         V.                   )  CRIMINAL NO. 04-10147-PBS
                              )
CLAUDIO MUNIZ PEREIRA a/k/a   )
ADRIANO REZENDE DOS SANTOS,   )
                              )
    Defendant.                )
_____)
```

**ORDER ON EXCLUDABLE DELAY**

This Court hereby ORDERS the following periods of time excludable from the time period within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1):

1. May 28, 2004 through June 25, 2004 (the twenty-eight day period from arraignment during which automatic discovery is being produced pursuant to Local Rule 112.2(2)); and

2. July 8, 2004 through September 9, 2004 (delay requested by Defendant's counsel to complete reviewing automatic discovery produced by the government with client and engage in any pre-trial negotiations in attempt to resolve this case).

In so doing, this Court finds that the ends of justice served by the granting of the requested exclusions outweigh the best

interest of the public and the defendant in a speedy trial.

So Ordered.

Dated: _____                  _____
                                     Marianne B. Bowler
                                     Chief United States Magistrate
                                     Judge