# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10147-PBS

UNITED STATES OF AMERICA

v.

CLAUDIO MUNIZ PEREIRA
a/k/a Adriano Rezende DosSantos

## FINAL STATUS REPORT

September 9, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with identification and document fraud, was returned on May 11, 2004;

2. The defendant was arraigned on the Indictment on May 28, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to six witnesses and that the trial would last approximately three to four days;

5. Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through September 9, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

_____/s/_____
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge