IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO. 04-10147-PBS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 1028(a)(4) - Identification |
| CLAUDIO MUNIZ PEREIRA a/k/a ) | Document Fraud; |
| ADRIANO REZENDE DOS SANTOS, ) | 18 U.S.C. § 1546(a) - Fraud and |
| ) | Misuse of Visas and Identification |
| Defendant. ) | Documents |

**SUPERSEDING INFORMATION**

COUNT ONE:     **(Title 18, United States Code, Section 1028(a)(4) - Identification Document Fraud)**

The United States Attorney charges that:

On or about April 28, 2004, at Framingham, in the District of Massachusetts,

CLAUDIO MUNIZ PEREIRA a/k/a ADRIANO REZENDE DOS SANTOS,

the defendant herein, did knowingly possess false identification documents; to wit, a United States Non-Immigrant Machine Readable Visa and Form I-94 Arrival-Departure Record, both in the name of Adriano Rezende Dos Santos, with the intent that such documents be used to defraud the United States.

All in violation of Title 18, United States Code, Section 1028(a)(4).

1

**COUNT TWO-THREE:**    (Title 18, United States Code, Section 1546(a) - Fraud and Misuse of Identification Documents)

The Grand Jury charges that:

On or about April 28, 2004, at Framingham, in the District of Massachusetts,

CLAUDIO MUNIZ PEREIRA a/k/a ADRIANO REZENDE DOS SANTOS,

the defendant herein, did knowingly utter, use, attempt to use, possess, obtain, accept, and receive United States Non-Immigrant Machine Readable Visas, and Form I-94 Arrival-Departure Records ("I-94 Record"), all of which are prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, knowing such to have been forged, counterfeited, altered or falsely made, as described below:

| Count | Document |
|---|---|
| 2 | U.S. Visa #255629420290 - Adriano Rezende Dos Santos |
| 3 | I-94 Record #483671952 93 - Adriano Rezende Dos Santos |

All in violation of Title 18, United States Code, Section 1546(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

Dated: September 30, 2004

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    Category No. __III__    Investigating Agency __D.S.S./M.S.P__

City __Framingham__    **Related Case Information:**

County __Middlesex__    Superseding Ind./ Inf. __04-10147-PBS__    Case No. _____
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number    __04-M-00842-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Claudio Muniz PEREIRA__    Juvenile ☐ Yes  ☒ No

Alias Name __Adraiano Rezende DOS SANTOS__

Address __Unknown__

Birth date: __1974__    SS#: __None__    Sex: __M__    Race: __Cauc.__    Nationality: __Brazilian__

Defense Counsel if known:  __Syrie Fried, Esq.__    Address: __Federal Defender Office__
__408 Atlantic Ave. Boston, MA 02210__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Gregory Moffatt__    Bar Number if applicable __559778__

Interpreter: ☒ Yes  ☐ No    List language and/or dialect:    __Portugese (Brazilian)__

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    __4/28/2004__

☒ Already in Federal Custody as    __pre-trial detainee__    in    __P.C.C.F.__    .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __September 30, 2004__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Claudio Muniz PEREIRA, a/k/a ADRIANO Rezende DOS SANTOS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(4) | Identification document fraud | 1 |
| Set 2 | 18 U.S.C. § 1546(a) | Fraud and misuse of visas | 2-3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS.45.complaint.wpd - 3/13/02