UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC Mass.
Date 9-30-04
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. )
) CRIM. NO. 04-10147-PBS
CLAUDIO MUNIZ PEREIRA a/k/a )
ADRIANO REZENDE DOS SANTOS, )
)
Defendant. )

**WAIVER OF INDICTMENT**

I, *Claudio Muniz* Pereira, the above-named defendant, who is accused of identification document fraud, in violation of 18 U.S.C. § 1028(a)(4; and two counts of fraud and misuse of visas and identification documents, in violation of 18 U.S.C. 1546(a), being advised of the nature of the charges, the proposed Superseding Information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by Superseding Information instead of by Indictment.

_____
CLAUDIO MUNIZ PEREIRA

_____
SYRIE FRIED, ESQ.

Date: September 30, 2004

ALLOWED IN OPEN COURT:

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE