UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                     CRIMINAL NO.   04-10147-PBS

CLAUDIO MUNIZ PEREIRA
    Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on __10/18/04__. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1. Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?

    __X__ yes  ____ no

2. (a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?

    ____ yes  __X__ no

   (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?

    ____ yes  ____ no  N/A

3. (a) Were all factual statements contained in the PSI adopted without objection?

    __X__ yes  ____ no

   (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

    (c)    Disputed issues have been resolved as follows after ___ evidentiary hearing, ___ further submissions and/or ___ arguments:

4.(a)    Are any legal issues in dispute?

              ____ yes    **X**   no

        If yes, describe disputed issues and their resolution:

5.(a)    Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?

              ____ yes    **X**   no

        If yes, describe disputed areas and their resolution:

    (b)    Tentative findings as to applicable guidelines are:

        Total Offense Level: _____**6**_____

        Criminal History Category: _____**I**_____

        __**0**__ to __**6**__ months imprisonment

        __**24**__ to __**36**__ months supervised release

        $___**500.00**___ to $___**5,000**___ fine

               (plus $_____ cost of imprisonment/supervision)

        $_____ restitution

        $___**300.00**___ special assessment ($_____ on each of counts _____)

6.(a)    Are there any legal objections to tentative findings?

              ____ yes    **X**   no

    (b)    If no, findings are adopted by the Court.

    (c)    If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submission by _____ .

7.(a)   Remarks by counsel for defendant.[1]

         __X__ yes    _____ no

  (b)   Defendant speaks on own behalf.

         _____ yes    __X__ no

  (c)   Remarks by counsel for government.

         __X__ yes    _____ no

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

         __172 DAYS__ months imprisonment [TIME SERVED]

         _____ months/intermittent community confinement

         _____ months probation

         ____24_____ months supervised release

    $ ___NONE____ fine (including cost of imprisonment/supervision)

    $ ___N/A_____ restitution

    $ __300.00___ special assessment ($_____ on each of counts _____)

    - THE SENTENCE WOULD BE THE SAME EVEN IF BLAKELY INVALIDATED THE GUIDELINES.


    Other provisions of sentence: (community service, forfeiture, etc.):

    - DEFENDANT IS PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

    - IF DEPORTED, DEFENDANT IS TO LEAVE THE UNITED STATES AND IS NOT TO RETURN WITHOUT PRIOR PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY.

    - THE DEFENDANT SHALL USE HIS TRUE NAME AND IS PROHIBITED FROM THE USE OF ANY ALIASES, FALSE DATES OF BIRTH, FALSE SOCIAL SECURITY NUMBERS, INCORRECT PLACES OF BIRTH, OR ANY OTHER PERTINENT INCORRECT IDENTIFYING INFORMATION.

  (b)   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

9.  Statement of reasons for imposing sentence.
    Check appropriate space.

(a) ___ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR     _X_ Sentence is within the guideline range and that range exceeds 24 months and the reason for imposing the selected sentence are:


(b) ___ Sentence departs from the guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) ___ Is restitution applicable in this case?

    ___ yes   _X_ no

    Is full restitution imposed?

    ___ yes   ___ no

    If no, less than full restitution is imposed for the following reasons:


(d) ___ Is a fine applicable in this case?

    _X_ yes   ___ no

    Is the fine within the guidelines imposed?

    ___ yes   _X_ no

    If no, the fine is not within guidelines or no fine is imposed for the following reasons:

    ___ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

4

      ___ Imposition of a fine would unduly burden the defendant's dependents; OR

      _X_ Other reasons as follows:

- DEFENDANT WILL BE DEPORTED.

10.     Was a plea agreement submitted in this case?

           ____ yes   _X_ no

      Check appropriate space:

      ___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

      _X_ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

      ___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.     Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.

           ____ yes   _X_ no

12.     The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.     Judgment will be prepared by the clerk in accordance with above.

14.     The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____        S/PATTI B. SARIS
    Date                                      United States District Judge